**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | No. 06-0149M |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Maria Elida Lujan-Barraza, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue Change of Plea Hearing is GRANTED.

**IT IS FURTHER ORDERED** that the Change of Plea Hearing in this case set for May 12, 2006 is continued to May 19, 2006, at 9:00 a.m.

DATED this 8th day of May, 2006.

David K. Duncan
United States Magistrate Judge